IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ROBERT DALE HIXSON, JR.                                                                PLAINTIFF

V.                                                         CIVIL ACTION NO. 1:15-CV-158-SA-DAS

AURORA FLIGHT SCIENCES CORPORATION                                      DEFENDANT

ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE

On September 9, 2016 this Court ordered the Plaintiff to retain new counsel, or to advise the court of his intent to proceed *pro se* [28]. The Court noted that continued failure to comply with the Court's orders may result in dismissal of the case. The Plaintiff did not respond. On October 31, 2016 the Defendant filed a Motion to Dismiss under Federal Rule of Civil Procedure 41 [32]. Again, the Plaintiff did not respond.

Pursuant to Federal Rule of Civil Procedure 41(b), the Court has authority to dismiss an action if the plaintiff fails to prosecute or comply with a court order. The Plaintiff failed to prosecute his case and failed to comply with the orders of this Court. As such, this case is hereby DISMISSED with prejudice under Federal Rule of Civil Procedure 41(b).

SO ORDERED on this the 6th day of December, 2016.

                                                                       /s/ Sharion Aycock
                                                                     UNITED STATES DISTRICT JUDGE